ANDERSON et al., Appellants, v. SCANDIA MINING SYNDICATE et al., Respondents.

(151 N. W. 430.)

(File No. 3680.   Opinion filed March 15, 1915.)

**Appeals—Amendment of Record—Abandonment of Appeal—Affirmance.**

> The appeal having been perfected August 29, 1914, and on September 4, a petition filed in the Supreme Court for leave to amend the record, which was denied by order entered October 7, after which date no briefs were filed, nor any steps taken in furtherance of the appeal until the cause was reached for final disposal, **held**, that the appeal is deemed abandoned, and the judgment affirmed.

Appeal from Circuit Court, Beadle County. Hon. WILLIAM G. RICE, Judge.

Action by Henry O. Anderson and others against the Scandia Mining Syndicate and others. From a judgment for defend-

ants, and from an order denying a new trial, plaintiffs appeal. Affirmed.

*Chamberlain & Hall,* and *W. A. Lynch,* for Appellants.

*Gardner & Churchill,* for Respondents.

POLLEY, J. The appeal in this case was perfected on the 29th day of August, 1914. On the 4th day of September, 1914, a petition was filed in this court asking for leave to amend the settled record. This petition was denied by an order entered on the 7th day of October, 1914. Since said date no briefs have been filed, as required by the rules of this court, nor have any steps in furtherance of the appeal been taken. The cause is now reached for final disposition, but, because of appellants' failure to prosecute the appeal, the same is deemed to be abandoned, and the judgment and order appealed from are affirmed.